

# SHOLLA LAW FIRM, P.C.

150 BROADWAY, SUITE 901 NEW YORK, NY 10038
TEL: (212) 680-4636 – FAX: (212) 898-1108
EMAIL: GSHOLLA@SHOLLALAWFIRM.COM

**Gentian Sholla, Esq.**
*Admitted in New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   06/05/2024
```

June 4, 2024

**MEMO ENDORSED**

**Via ECF**
Magistrate Judge Katharine H. Parker
United States District Court
500 Pearl Street, Room 750 New York, NY 10007

Letter Motion to Adjourn June 11, 2024 Conference

RE:   *CECILE PATRICE MONGO V. ALEJANDRO MAYORKAS, et al et al 24-CV-3433 (KHP)*

Dear Judge Parker,

The undersigned requests an adjournment of the June 11, 2024, Conference. Neither side has previously requested an adjournment. This request is upon the consent of opposing counsel. Unfortunately, the undersigned is unavailable due to a just arisen family obligation.
Additionally, attorney Crowley (the sole associate at this firm) is scheduled for a doctor's appointment/examination in New Jersey that will render him unavailable for the entire day.
Please note that the Undersigned is the principal attorney on the instant case and would like to be present at the conference.
Thank you in advance for your consideration.

Very truly yours,

/S/

Gentian Sholla, Esq.

---

**APPLICATION GRANTED:** The Initial Conference set for 6/11/2024 at 2:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Wednesday, June 12, 2024 at 2:00 p.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/05/2024

CC VIA ECF:

**Monica M Beamer**
DOJ-USAO
86 Chambers Street
New York, NY 10007
646-906-5441
Email: monica.beamer@usdoj.gov