USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CECILE PATRICE MONGO,

                Plaintiff,

        -against-

ALEJANDRO MAYORKAS, et al.,

                Defendants.
-----------------------------------------------------------------X

**24-CV-3433 (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on June 7, 2024 (doc. no 14) the Initial Case Management Conference currently scheduled for **June 12, 2024** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
                 June 10, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge